Case 2:05-po-01267-JRI   Document 1   Filed 01/31/05   PageID.1   Page 1 of 7

USDC SCAN INDEX SHEET










```
KAT    2/7/05    11:28
2:05-MP-01267    USA V. CRUZ-MENDOZA
*1*
*CRMP.*
```

Closed

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**Ignacio Cruz-Mendoza**
Citizen of Mexico

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 05-01267-001M-SD

Bruce Yancey (Appointed)
Attorney for Defendant

USM#: 65213-208     DOB: 1977     ICE#: A079 764 5574

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/31/2005 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC §1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **SIXTY (60) DAYS** on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance, 880 Front Street, San Diego, California 92101, the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $10.00      **FINE:** $      **RESTITUTION:** $

All monetary penalties are due immediately or in regular monthly installments. If incarcerated, payments shall begin under the Bureau of Prisons Inmate Financial Responsibility Program. Any unpaid balance shall become a condition of supervision and shall be paid within of the expiration of supervision.

The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

05-01267-001M-SD
USA vs. Ignacio Cruz-Mendoza

Page 2 of 2

Date of Imposition of Sentence: **Monday, January 31, 2005**

_____  Date  January 31, 2005
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By:_____
United States Marshal                                      Deputy Marshal

CC: USM (3 Certified),BPatrol (1 certified),FIN, Order Book

05-01267-001M-SD - Cruz-Mendoza

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA - YUMA**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 1/31/2005     CASE NUMBER: 05-01267-001M-SD

## PLEA/SENTENCING MINUTES
USA vs. Ignacio Cruz-Mendoza

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK

U.S. Attorney _____

INTERPRETER REQ'D: Ricardo Gonzalez
LANGUAGE: Spanish

Attorney for Defendant: Bruce Yancey (Appointed)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 1/29/05
☒ Initial Appearance
☐ Financial Afdvt taken
☒ Complaint Filed
☒ No Financial Afdvt taken
☒ Appointment of counsel hearing held
☐ Financial Afdvt sealed

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____ ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts II
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) II of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) I
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 60 days  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ 10.00   ☐ Fine $_____   ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Marcia Resler, Acting Deputy Clerk

Closed

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

United States of America,  )   CASE NUMBER 05-01267M-SD
                           )
     Plaintiff,            )
                           )
vs.                        )   WAIVER OF REMOVAL HEARING
                           )
Ignacio Cruz-Mendoza       )
                           )
     Defendant.            )

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this 31 day of Jan, 2005.

_Ignacio Cruz M_
Defendant

_[signature]_
Attorney for the Defendant

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Ignacio CRUZ-Mendoza
Citizen of Mexico
YOB: 1977
A79 764 574
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 05-1267M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about September 10, 2004, Defendant Ignacio CRUZ-Mendoza was arrested and removed from the United States to Mexico through the port of San Luis, Arizona, in pursuance of law, and thereafter on or about January 29, 2005, Defendant was found in the United States near Blythe, California within the Central District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about September 20, 2004, within the Southern District of California, Defendant Ignacio CRUZ-Mendoza, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.     ☒ Yes  ☐ No

Signature of Complainant
Shannon D. Kranz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 31, 2005                              at              Yuma, Arizona
Date                                                          City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                              Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Ignacio CRUZ-Mendoza

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through San Luis, Arizona on September 10, 2004.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
| --- | --- | --- |
| 4/16/02  Jefferson County, Oregon | Trafficking a controlled substance | 10 days jail, 18 months probation |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on September 20, 2004.

Charges: 8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

January 31, 2005
Date

Signature of Judicial Officer